## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| NICHOLAS S. KARNO #1, Inc.<br><br>Plaintiff,<br><br>v.<br><br>SILVER BOURBON, INC.; LABEAUTI, INC.; BOURBON BURLESQUE CLUB, INC; FAIS DEAUX-DEAUX, INC., TEMPTATIONS, INC., BRASS BOURBON, INC., PAMELA J. OLANO, individually; GUY W. OLANO, Jr., individually, and GUY W. OLANO, III, individually.<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-01745-WBV-JCW<br><br>JUDGE: WENDY B. VITTER<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT<br><br>SECTION: D (2) |

## JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL

NOW COMES Plaintiff, Nicholas S. Karno #1, Inc. ("NSK"), and Defendants Silver Bourbon, Inc., Labeauti Inc., Bourbon Burlesque Club, Inc, Fais Deaux-Deaux, Inc., Temptations, Inc., Brass Bourbon, Inc., Pamela J. Olano, Guy W. Olano, Jr., and Guy W. Olano, III (together, the "Defendants"), through undersigned counsel, who hereby notify the Court that the parties have settled and resolved the above-captioned litigation. Pursuant to that agreement, the Parties have agreed to entry of, and hereby jointly move the Court for entry of, the attached Order.

Dated:  June 12, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Kent Barnett | /s/ Kenneth L. Tolar |
| Gregory D. Latham, LA Bar No. 25955 | Kenneth L. Tolar, LA Bar No. 22641 |
| Kent Barnett, LA Bar No. 33002 | Brad Harrigan, LA Bar No. 29592 |
| INTELLECTUAL PROPERTY CONSULTING, LLC | Tolar Harrigan & Morris, LLC |
| 400 Poydras St., Suite 1400 | 1055 Saint Charles Ave, Suite 208A |
| New Orleans, LA 70130 | New Orleans, LA 70130 |
| Telephone: (504) 322-7166 | (504) 571-5317 |
| Facsimile: (504) 322-7184 | tolar@nolaipa.com |
| glatham@iplawconsulting.com | bharrigan@nolaipa.com |
| kbarnett@iplawconsulting.com | |
| *Counsel for Plaintiff, for Nicholas S. Karno #1, Inc.* | *Counsel for defendants, Silver Bourbon, Inc., Labeauti, Inc., Bourbon Burlesque Club, Inc. Fais Deaux-Deaux, Inc., Temptaions, Inc., Brass Bourbon, Inc., Pamela J. Olano, Guy W. Olano, Jr., and Guy W. Olano, III.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system of the Eastern District of Louisiana, which will send notice of electronic filing to counsel of record for all parties in this case.

/s/ Kent Barnett
Kent Barnett