UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| NICHOLAS S. KARNO #1, Inc.<br><br>Plaintiff,<br><br>v.<br><br>SILVER BOURBON, INC.; LABEAUTI, INC.; BOURBON BURLESQUE CLUB, INC; FAIS DEAUX-DEAUX, INC., TEMPTATIONS, INC., BRASS BOURBON, INC., PAMELA J. OLANO, individually; GUY W. OLANO, Jr., individually, and GUY W. OLANO, III, individually.<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-01745-WBV-JCW<br><br>JUDGE: WENDY B. VITTER<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT<br><br>SECTION: D (2) |

## ORDER

Having considered the Joint Motion (R. Doc. 58) of Plaintiff, Nicholas S. Karno #1, Inc. ("NSK"), and Defendants Silver Bourbon, Inc., Labeauti Inc., Bourbon Burlesque Club, Inc, Fais Deaux-Deaux, Inc., Temptations, Inc., Brass Bourbon, Inc., Pamela J. Olano, Guy W. Olano, Jr., and Guy W. Olano, III (together, the "Defendants"), for an Entry of Order of Dismissal:

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. NSK and Defendants have executed a Settlement Agreement resolving all claims by and between them in this lawsuit (the "Settlement Agreement"); and, this Order is entered pursuant to said Settlement Agreement.

2. All claims or causes of action by and between NSK and Defendants, in this lawsuit are hereby dismissed with prejudice subject to the terms and conditions of the Settlement Agreement.

3. The parties shall carry out each and every one of their respective obligations and duties

under the Settlement Agreement.

4. Each party shall bear its own attorneys' fees and costs associated with this lawsuit, except as otherwise set forth in the Settlement Agreement.

5. This Court retains jurisdiction to consider any dispute concerning, or action to enforce, the terms of the Settlement Agreement.

New Orleans, Louisiana this 16th day of June, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**